UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EMMA MARYANN MARGARET LOVETT, </br></br>      Petitioner,</br></br>  vs.</br></br>DEBORAH JOHNSON, Warden,</br></br>      Respondent. | No. EDCV 16-2221-DSF (AJW)</br></br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: \_\_\_\_6/13/17\_\_\_\_

_____
      Dale S. Fischer
      United States District Judge